

# FILED

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

JUN 18 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff - Appellee,<br><br>V.<br><br>KARLA CHAVARRIA,<br><br>　　　　　Defendant - Appellant. | No.　07-50003<br>D.C. No.　CR-05-01456-LAB<br>Southern District of California,<br>San Diego<br><br>**MANDATE** |

The judgment of this Court, entered 04/03/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Rhonda Roberts
Deputy Clerk